**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
ESTATE OF                     )
ANTHONY PHILLIPS, et al.      )
                              )
        Plaintiffs,           )
                              )   Civil Action No. 00-1113
        v.                    )   (EGS)
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)
```

### ORDER

Upon consideration of the U.S. Court of Appeals' decisions in *Int'l Action Center v. United States*, 365 F.3d 20 (D.C. Cir. 2004) and *Fraternal Order of Police v.* Williams, 375 F.3d 1141 (D.C. Cir. 2004) on the issue of immunity addressed in this Court's March 31, 2003 Order, it is hereby

**ORDERED** that defendants' motion to vacate this Court's March 31, 2003 Order and dismiss plaintiffs' claims brought pursuant to 42 U.S.C. § 1983 against individual defendants and the District of Columbia is **DENIED;** and it is

**FURTHER ORDERED** that defendants' motion to vacate this Court's March 31, 2003 Order and dismiss plaintiffs' claims of intentional torts against individual defendants in their personal capacities is **DENIED;** and it is

**FURTHER ORDERED** that defendants' motion to vacate this Court's March 31, 2003 Order and dismiss plaintiffs' derivative claims against the District of Columbia is **DENIED.**

**Signed:**         Emmet G. Sullivan
            United States District Court
            January 11, 2005