**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ESTATE OF ANTHONY PHILLIPS,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-1113 (EGS) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| **ESTATE OF LOUIS MATTHEWS,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:00-cv-1157 (EGS) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| **JOSEPH A. MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:00-cv-1162 (EGS) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| **CHARLES D. REDDING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:00-cv-1225 (EGS) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS</u>

1

Defendant Donald Edwards, by and through undersigned counsel and joined by counsel for Plaintiff, respectfully requests that the Court enter a temporary stay of the proceedings. In support thereof, the parties state as follows:

1. Defendant Edwards currently has a Motion to Dismiss pending before this Court.

2. Plaintiffs have served Defendant Edwards with discovery requests. Defendant Edwards has filed a Motion to Stay Discovery pending the Court's resolution of his Motion to Dismiss.

3. Plaintiffs currently are researching the option of private relief legislation as a resolution of their claims in these matters.

4. In light of the foregoing, the parties respectfully request a 30-day stay of proceedings, including but not limited to a stay of discovery and a stay of the resolution of the dispositive motion currently before the Court while the option of private relief legislation is explored. The parties further request that at the end of the thirty days they be permitted to apprise the Court of the status of the private relief legislation and request an additional stay, if warranted.

5. Pursuant to LCvR 7(m), this relief is requested jointly by both sides.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


     /s/  Nicole L. Lynch
    NICOLE L. LYNCH (471953)
    Chief, Section II

                                   /s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov


Agreed to:        \_\_\_/s/  Ralph Lotkin by SF_____
**Ralph Louis Lotkin**
7245 Meadow Wood Way
Clarksville, MD 21029
(301) 490-9060
Fax: (301) 725-3476
Email: lotkinlaw@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ANTHONY PHILLIPS,** *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>Defendants. )<br>) | No. 1:00-cv-1113 (EGS) |
| **ESTATE OF LOUIS MATTHEWS,** *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>Defendants. )<br>) | No. 1:00-cv-1157 (EGS) |
| **JOSEPH A. MORGAN,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>Defendants. )<br>) | No. 1:00-cv-1162 (EGS) |
| **CHARLES D. REDDING,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>Defendants. )<br>) | No. 1:00-cv-1225 (EGS) |

<u>POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS</u>

1. Fed. R. Civ. P. 26.

2. LCvR 7(m)

3. *Chavous v. District of Columbia Financial Responsibility and Management Assistance Authority,* 201 F.R.D. 1, (D.D.C. 2001).

4. The interests of justice and the record herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


 /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov


Agreed to: /s/ Ralph Lotkin by SF
**Ralph Louis Lotkin**
7245 Meadow Wood Way
Clarksville, MD 21029
(301) 490-9060
Fax: (301) 725-3476
Email: lotkinlaw@aol.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ANTHONY PHILLIPS,** *et al.*,    )<br>                                                                            )<br>                    **Plaintiffs,**                             )<br>         v.                                                            )<br>                                                                            )<br>**DISTRICT OF COLUMBIA,** *et al.*              )<br>                                                                            )<br>                    **Defendants.**                         )<br>                                                                            ) | **No. 1:00-cv-1113 (EGS)** |
| **ESTATE OF LOUIS MATTHEWS,** *et al.*,    )<br>                                                                            )<br>                    **Plaintiffs,**                             )<br>         v.                                                            )<br>                                                                            )<br>**DISTRICT OF COLUMBIA,** *et al.*              )<br>                                                                            )<br>                    **Defendants.**                         )<br>                                                                            ) | **No. 1:00-cv-1157 (EGS)** |
| **JOSEPH A. MORGAN,**                                   )<br>                                                                            )<br>                    **Plaintiff,**                               )<br>         v.                                                            )<br>                                                                            )<br>**DISTRICT OF COLUMBIA,** *et al.*              )<br>                                                                            )<br>                    **Defendants.**                         )<br>                                                                            ) | **No. 1:00-cv-1162 (EGS)** |
| **CHARLES D. REDDING,**                              )<br>                                                                            )<br>                    **Plaintiff,**                               )<br>         v.                                                            )<br>                                                                            )<br>**DISTRICT OF COLUMBIA,** *et al.*              )<br>                                                                            )<br>                    **Defendants.**                         )<br>                                                                            ) | **No. 1:00-cv-1225 (EGS)** |

**ORDER**

Before the Court is the Joint Motion to Stay Proceedings.  Upon consideration of the Joint Motion, it is this _____ day of _____, 2007:

**ORDERED** that the Joint Motion to Stay Proceedings be and hereby is **granted**; and it is

**FURTHER ORDERED** that this matter be and hereby is **stayed** for thirty (30) days from the date of this Order; and it is

**FURTHER ORDERED** that prior to the expiration of the stay the parties shall notify the Court whether an additional stay or other proposed relief is warranted.

                                                _____
                                                Hon. Emmett G. Sullivan
                                                United States District Judge