## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTATE OF ANTHONY PHILLIPS**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs**, | ) | |
| v. | ) | **No. 1:00-cv-1113 (EGS)** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **ESTATE OF LOUIS MATTHEWS**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs**, | ) | |
| v. | ) | **No. 1:00-cv-1157 (EGS)** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **JOSEPH A. MORGAN,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| v. | ) | **No. 1:00-cv-1162 (EGS)** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **CHARLES D. REDDING,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| v. | ) | **No. 1:00-cv-1225 (EGS)** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

SECOND JOINT MOTION TO CONTINUE THE TEMPORARY STAY OF PROCEEDINGS

Defendant Donald Edwards, by and through undersigned counsel and joined by counsel for Plaintiffs Morgan, Estate of Phillips and Estate of Matthews, and counsel for Plaintiff Redding, respectfully requests that the Court continue the temporary stay of proceedings originally entered on November 16, 2007 and continued on December 20, 2007.  In support thereof, the parties state as follows:

1.      Defendant Edwards currently has a Motion to Dismiss pending before this Court. Pursuant to the Court's November 16, 2007 Order entering the original stay in this case, resolution of this Motion, as well as all other deadlines, have been stayed as Plaintiffs Morgan, Phillips and Matthews explore the feasibility of private relief legislation/and or settlement as a resolution of their claims in these matters.

2.      On November 21, 2007, Plaintiffs Morgan, Phillips and Matthews and Defendant Edwards participated in a settlement conference with Magistrate Judge Kay.  These parties have continued to actively discuss some type of resolution of this matter.

3.      Counsel for Plaintiff Redding has informed undersigned counsel that he consents to an additional 30-day stay.

4.      In light of the foregoing, the parties respectfully request that the Court continue the stay of proceedings currently in effect for an additional thirty (30) days.  Plaintiffs Morgan, Phillips and Matthews continue to explore the option of private relief legislation or some other type of settlement.  The parties further request that at the end of the 30-day period they be permitted to once again apprise the Court of the status of the private relief legislation/settlement negotiations and request an additional stay, if warranted.

5.      Pursuant to LCvR 7(m), this relief is requested jointly by both sides.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


___/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


___/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ANTHONY PHILLIPS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | )   **No. 1:00-cv-1113 (EGS)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **ESTATE OF LOUIS MATTHEWS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | )   **No. 1:00-cv-1157 (EGS)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **JOSEPH A. MORGAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   **No. 1:00-cv-1162 (EGS)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **CHARLES D. REDDING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   **No. 1:00-cv-1225 (EGS)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

POINTS AND AUTHORITIES IN SUPPORT OF SECOND JOINT MOTION TO CONTINUE
THE TEMPORARY STAY OF PROCEEDINGS

1.      Fed. R. Civ. P. 26.

2.      LCvR 7(m)

3.      *Chavous v. District of Columbia Financial Responsibility and Management*

   *Assistance Authority,* 201 F.R.D. 1, (D.D.C. 2001).

4.      The interests of justice and the record herein.

   Respectfully submitted,

   PETER J. NICKLES
   Interim Attorney General for the District of Columbia

   GEORGE C. VALENTINE
   Deputy Attorney General
   Civil Litigation Division


   ____/s/  Nicole L. Lynch_____
   NICOLE L. LYNCH (471953)
   Chief, Section II


   ___/s/  Shana L. Frost_____
   SHANA L. FROST (458021)
   Assistant Attorney General
   441 4th Street, NW, 6th Floor South
   Washington, DC 20001
   (202) 724-6534
   Fax:  (202) 727-3625
   shana.frost@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF ANTHONY PHILLIPS**, *et al.*,  ) | |
| ) | |
| **Plaintiffs,**  ) | |
| v.          ) | No. 1:00-cv-1113 (EGS) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

| | |
|---|---|
| **ESTATE OF LOUIS MATTHEWS**, *et al.*,  ) | |
| ) | |
| **Plaintiffs,**  ) | |
| v.          ) | No. 1:00-cv-1157 (EGS) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

| | |
|---|---|
| **JOSEPH A. MORGAN,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| v.          ) | No. 1:00-cv-1162 (EGS) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

| | |
|---|---|
| **CHARLES D. REDDING,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| v.          ) | No. 1:00-cv-1225 (EGS) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

**ORDER**

Before the Court is the Joint Motion to Continue the Temporary Stay of Proceedings.

Upon consideration of the Joint Motion, it is this ____ day of _____, 2008:

**ORDERED** that the Joint Motion to Stay Proceedings be and hereby is **granted**; and it is

**FURTHER ORDERED** that this matter be and hereby is **stayed** for thirty (30) days

from the date of this Order; and it is

**FURTHER ORDERED** that prior to the expiration of the stay the parties shall notify the

Court whether an additional stay or other proposed relief is warranted.

_____
Hon. Emmet G. Sullivan
United States District Judge