UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ANTHONY PHILLIPS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | No. 1:00-cv-1113 (EGS) |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby voluntarily dismiss as settled the above-captioned matter with prejudice, with all parties bearing their own costs.

Respectfully submitted,

_____
Ralph L. Lotkin (25767)
7245 Meadow Wood Way
Clarksville, MD 21029
(301) 490-9060 Fax: (301) 725-3476
Fax: (301) 725-3476

_____
Joel M. Abramson (021790)
9175 Guilford Road, Suite 301
Columbia, MD 21046
(410) 730-7733

Counsel for Plaintiffs

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

/s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

Counsel for Defendants